UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-00355-D-1

UNITED STATES OF AMERICA

v.

TIEREA DEMON ATKINS

ORDER

UPON THE DEFENDANT'S MOTION TO SEAL, this Court now ORDERS the Defendant's Motion to Continue Sentencing at DE #132 SEALED.

This the **26** day of October 2020.

James C. Dever III
U.S. DISTRICT COURT JUDGE