UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:19-CR-00355-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| TIEREA DEMON ATKINS | |

UPON THE DEFENDANT'S MOTION TO SEAL, this Court now ORDERS the Defendant's Motion to Continue Sentencing at DE #144 SEALED.

This the 28th day of December 2020.

                                              James C. Dever III
                                              U.S. DISTRICT COURT JUDGE